

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00003-CV

**IN THE INTEREST OF J.M.-H.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00209
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  May 6, 2015

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.[1]  We grant the motion.  *See* TEX. R. APP.

P. 42.1(a)(1).  We order that no costs be assessed against appellant because he is indigent.


PER CURIAM

---

[1] This is an appeal from the associate judge's order terminating appellant's rights to his child. After the order of termination was rendered, appellant not only filed a notice of appeal, but sought de novo review in the district court as permitted under the Texas Family Code. After review, the district court reformed the order of termination, reversing the associate judge's order terminating appellant's parental rights to his child. Accordingly, the appeal from the order of termination is unnecessary as appellant obtained relief during the de novo review process.